## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, )<br>an Arizona corporation, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>ASHBY CONSTRUCTION, INC., )<br>a Wyoming corporation, )<br>TORI CHILSON, an individual, )<br>JANAE MORTON, an individual, and )<br>THOMAS MONTOYA, an individual, )<br>GALEN PATRICK, an individual, and )<br>CRYSTAL BEAGLE, an individual, )<br>  )<br>  Defendants. ) | Case No. 19-CV-32-SWS |

### JOINT, STIPULATED MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and the Defendants, by and through counsel, hereby jointly Stipulate and Move this Honorable Court for An Order dismissing this action, with prejudice, with each party to assume and pay that party's own attorneys' fees and costs. As grounds, the parties state that all claims among and between them brought, or that could have been brought, in this action have been resolved by a separate settlement agreement, and all required settlement payments have been made.

Wherefore, these parties pray for an Order of dismissal with prejudice. An agreed, proposed form of Order is tendered herewith.

1

Respectfully submitted May 14, 2019,

**MONTGOMERY AMATUZIO CHASE BELL JONES, LLP**

By: *s/Lori K. Bell*
    Lori K. Bell, W.S.B. # 7-5898
    Kevin F. Amatuzio, *pro hac vice*
    4100 E. Mississippi Ave, 16th Floor
    Denver, CO 80246
    T: (303) 592-6600  F: (303) 592-6666
    Email: lbell@mac-legal.com

ATTORNEYS FOR PLAINTIFF


**THE NELSON LAW FIRM**

By: *s/Mark W. Nelson*
    Mark W. Nelson, Colo. #27095
    *Pro hac vice admission pending*
    1740 N. High St.
    Denver, CO 80218
    T: (303) 861-0750  F: (303) 861-0751
    Email: mark@nelsonlawfirm.net

*and*

**OCHS LAW FIRM, PC**

By: *s/Jason E. Ochs*
    Jason E. Ochs, W.S.B. #7-4965
    690 U.S. 89, Suite 204
    Jackson, WY 83001
    T: (307) 234-3239  F: (307) 235-6910
    Email: Jason@ochslawfirm.com

ATTORNEYS FOR DEFENDANTS
TORI CHILSON, JANAE MORTON,
THOMAS MONTOYA, GALEN PATRICK,
and CRYSTAL BEAGLE

**WELBORN SULLIVAN MECK & TOOLEY, P.C.**

By: *s/Hampton K. O'Neill*
    Hampton K. O'Neill, W.S.B. #5-2876
    159 N Wolcott, Suite 220
    Casper, WY 82601
    T: (307)234-6907     F: (307) 234-6908
    Email: HONeill@wsmtlaw.com
    ATTORNEYS FOR DEFENDANT
    ASHBY CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

  I hereby certify that, on May 14, 2019, a true and correct copy of the foregoing **JOINT, STIPULATED MOTION TO DISMISS WITH PREJUDICE** was prepared for service in the manner indicated below:

*Attorneys for Defendant Ashby Construction, Inc.:*

Hampton K. O'Neill, Esq.
Welborn Sullivan Meck & Tooley, P.C.
159 North Wolcott, Suite 220
Casper, WY 82601
HONeill@wsmtlaw.com
☐ Fax  ☐ U.S. Mail  ☐ E-mail  ☒ ECF

*Attorneys for Defendants Tori Chilson, Janae Morton, Thomas Montoya, Galen Patrick, and Crystal Beagle:*

Mark W. Nelson, Esq.
*pro hac vice admission pending*
1740 N. High St.
Denver, CO 80218
mark@nelsonlawfirm.net
☐ Fax  ☐ U.S. Mail  ☐ E-mail  ☒ ECF

*and*
Jason E. Ochs, Esq.
Ochs Law Firm
P.O. Box 10944
Jackson, WY 83001
Jason@ochslawfirm.com
☐ Fax  ☒ U.S. Mail  ☐ E-mail  ☐ ECF

    By: *s/Lori K. Bell*

3